Effie F. Anastassiou, Esq. (SBN 96279)
Karli R. Jungwirth, Esq. (SBN 227956)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California  93902
Telephone:  (831) 754-2501
Facsimile:  (831) 754-0621

Attorneys for OCEANO PACKING COMPANY, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DOBLER & SONS, LLC and SLO COUNTY ORGANICS, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; MICHAEL BARNES; DAN FANTZ; CALIFORNIA FARMS, INC.; MANJAR, INC.; and CALIFORNIA FARMS INVESTORS, LLC,<br><br>　　　　Defendants<br>_____<br>OCEANO PACKING COMPANY, LLC, a California limited liability company;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA ORGANICS, LLC, a California Limited Liability Company; GEOFF MOUSSEAU, an Individual; MICHAEL BARNES, an Individual; DAN FANTZ, an Individual; CALIFORNIA FARMS, INC., a California Corporation; MANJAR, INC., a California Corporation; and CALIFORNIA FARMS INVESTORS, LLC, a Delaware Limited Liability Company;<br><br>　　　　Defendants.<br>_____ | **CASE NO. 5:10-cv-04092-LHK** **("DOBLER")**<br><br>**CASE NO. 5:11-cv-00529-LHK** **("OCEANO")**<br><br>[~~PROPOSED~~] **ORDER ALLOWING PLAINTIFF OCEANO PACKING COMPANY, LLC TO FILE A FIRST AMENDED COMPLAINT; [~~PROPOSED~~] ORDER THEREON**<br><br>**HON. LUCY H. KOH** |

1

2    PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff OCEANO PACKING
3 COMPANY, LLC ("Oceano") may file a First Amended Complaint with this Court in the case of <u>Oceano
4 Packing Company, LLC v. California Organics, LLC, et al.</u>, Case No. 5:11-cv-00529 (the "Oceano Case"),
5 in order to add America's Factors, Inc., a California corporation, as an additional named defendant.
6 Oceano shall file the First Amended Complaint as a separate docket entry by Friday, May 6, 2011.

7    IT IS FURTHER ORDERED that Defendants MANJAR, INC., CALIFORNIA FARMS
8 INVESTORS, LLC and MICHAEL BARNES, will not be required to file answers to Oceano's First
9 Amended Complaint and that their answers to the original complaint already on file in the Oceano Case
10 will be deemed responsive to the First Amended Complaint.

11   IT IS FURTHER ORDERED that Defendants CALIFORNIA ORGANICS, LLC; GEOFF
12 MOUSSEAU; DAN FANTZ; and CALIFORNIA FARMS, INC. will not be required to answer the First
13 Amended Complaint. Plaintiff Oceano previously granted Defendants CALIFORNIA ORGANICS, LLC;
14 GEOFF MOUSSEAU; DAN FANTZ; and CALIFORNIA FARMS, INC. an extension of time to answer
15 the original complaint up to and including May 5, 2011 (ECF No. 43 in the Oceano Case). Defendants
16 CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; DAN FANTZ; and CALIFORNIA FARMS,
17 INC. will still be required to file their responsive pleading to the original complaint filed by OCEANO
18 by May 5, 2011, which responsive pleading will be deemed responsive to the First Amended Complaint.

19   SO ORDERED.

20

21   Dated: May 3, 2011                                    /s/ Lucy H. Koh
22   _____           _____
                                                U.S. DISTRICT COURT JUDGE, LUCY H. KOH
23

24

25

26

27

28