1  ANDREA C. AVILA (SBN 193982)
   JENNIFER C. OWENS (SBN 249833)
2  PATANE • GUMBERG, LLP
   Attorneys at Law
3  4 Rossi Circle, Suite 231
   Salinas, California 93907
4  Telephone: (831) 755-1461
   Facsimile: (831) 755-1477

5
   Attorneys for Defendant and Cross-Complainant,
6  MANJAR, INC.

7              IN THE UNITED STATES DISTRICT COURT

8     FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| DOBLER & SONS, LLC and SLO COUNTY ORGANICS, LLC, | ) | CASE NO. 5:10-cv-04092-LHK |
|---|---|---|
| Plaintiffs, | ) ) ) | CASE NO. 5:11-cv-00529-LHK |
| v. | ) | |
| CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; MICHAEL BARNES; DAN FANTZ; CALIFORNIA FARMS, INC.; MANJAR, INC.; and CALIFORNIA FARMS INVESTORS, LLC, | ) ) ) ) ) ) | DEFENDANT/CROSS-COMPLAINANT MANJAR, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE |
| Defendants. | ) | |
| OCEANO PACKING COMPANY, LLC, a California limited liability company, | ) ) ) | CMC Date: May 12, 2011<br>CMC Time: 1:30pm<br>Judge: Honorable Lucy H. Koh |
| Plaintiff, | ) | |
| v. | ) | |
| CALIFORNIA ORGANICS, LLC, a California Limited Liability Company; GEOFF MOUSSEAU, an Individual; MICHAEL BARNES, an Individual; DAN FANTZ, an Individual; CALIFORNIA FARMS, INC., a California Corporation; MANJAR, INC., a California Corporation; and CALIFORNIA FARMS INVESTORS, LLC, a Delaware Limited Liability Company; | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| AND RELATED CROSS ACTIONS | ) ) | |

- 1 -

1  **TO THE HONORABLE LUCY H. KOH:**

2  Defendant/Cross-Complainant Manjar, Inc. respectfully requests permission for its

3  counsel, Jennifer C. Owens, to appear telephonically for the Case Management Conference on

4  May 12, 2011 at 1:30pm before the Honorable Lucy H. Koh.

5

6  Dated: May 6, 2011                    PATANE · GUMBERG, LLP

7

8                                          By: _____
                                                ANDREA C. AVILA
9                                               JENNIFER C. OWENS
                                                Attorneys for Defendant/Cross-Complainant
10                                              MANJAR, INC.

11  **SO APPROVED.** Please contact court call

12  Dated: 5/11/11                         _____
13                                              *Lucy H. Koh*
                                            HONORABLE LUCY H. KOH

- 2 -

Defendant/ Cross-Complainant Manjar, Inc.'s Request for Telephonic Appearance at Case Management Conference;
Case No. 5:11-cv-00529-LHK