1  Effie F. Anastassiou, Esq. (SBN 96279)
   Karli R. Jungwirth, Esq. (SBN 227956)
2  ANASTASSIOU & ASSOCIATES
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California  93902
4  Telephone:  (831) 754-2501
   Facsimile:   (831) 754-0621
5
   Attorneys for OCEANO PACKING COMPANY, LLC
6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9       **FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| 10  DOBLER & SONS, LLC and SLO COUNTY ORGANICS, LLC,<br>11<br>12       Plaintiffs,<br>13       v.<br>14  CALIFORNIA ORGANICS, LLC; GEOFF MOUSSEAU; MICHAEL BARNES; DAN FANTZ; CALIFORNIA FARMS, INC.; MANJAR, INC.; and CALIFORNIA FARMS INVESTORS, LLC,<br>15<br>16<br>17       Defendants<br>―――――――――――――――<br>18  OCEANO PACKING COMPANY, LLC, a California limited liability company;<br>19<br>20       Plaintiff,<br>21       v.<br>22  CALIFORNIA ORGANICS, LLC, a California Limited Liability Company; GEOFF MOUSSEAU, an Individual; MICHAEL BARNES, an Individual; DAN FANTZ, an Individual; CALIFORNIA FARMS, INC., a California Corporation; MANJAR, INC., a California Corporation; CALIFORNIA FARMS INVESTORS, LLC, a Delaware Limited Liability Company; and AMERICA'S FACTORS, INC., a California Corporation;<br>23<br>24<br>25<br>26<br>27<br>28       Defendants.<br>―――――――――――――――― | **CASE NO. 5:10-cv-04092-LHK** ("DOBLER")<br><br>**CASE NO. 5:11-cv-00529-LHK** ("OCEANO")<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>**CMC Date:** May 12, 2011<br>**CMC Time:** 1:30 p.m.<br>**CMC Location:** Ctrm. 4, 5th Floor<br><br>**HON. LUCY H. KOH** |

**TO THE HONORABLE LUCY H. KOH:**

    Plaintiff OCEANO PACKING COMPANY, LLC respectfully requests permission for its counsel, Karli R. Jungwirth, to appear telephonically for the Case Management Conference on May 12, 2011 at 1:30 P.M. before the Honorable Lucy H. Koh.

Respectfully Submitted,

DATED: May 6, 2011                    ANASTASSIOU & ASSOCIATES

By: /s/
Karli R. Jungwirth, Esq.
Attorneys for Plaintiff,
Oceano Packing Company, LLC

**IT IS SO APPROVED: Telephonic appearance to be made through Court Call.**

DATED: May _11, 2011                                    /s/ Lucy H. Koh
HONORABLE LUCY H. KOH

\\Lawserver\company\OCA\California Organics\Pleadings\CMC Statements\Request for Telephonic Appearance.wpd