Effie F. Anastassiou, Esq. (SBN 96279)
Karli R. Jungwirth, Esq. (SBN 227956)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiff, OCEANO PACKING COMPANY, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OCEANO PACKING COMPANY, LLC, a California limited liability company;<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA ORGANICS, LLC, a California Limited Liability Company; GEOFF MOUSSEAU, an Individual; MICHAEL BARNES, an Individual; DAN FANTZ, an Individual; CALIFORNIA FARMS, INC., a California Corporation; MANJAR, INC., a California Corporation; CALIFORNIA FARMS INVESTORS, LLC, a Delaware Limited Liability Company; and AMERICA'S FACTORS, INC., a California Corporation;<br><br>    Defendants. | **Case No. 5:11-cv-00529-LHK**<br><br>**[PROPOSED] ORDER ON STIPULATION ALLOWING PLAINTIFF OCEANO PACKING COMPANY, LLC TO FILE A SECOND AMENDED COMPLAINT**<br><br>**HON. LUCY H. KOH** |

1    PURSUANT TO STIPULATION, IT IS SO ORDERED THAT Plaintiff OCEANO PACKING COMPANY, LLC ("OCEANO") is hereby granted leave to file its Second Amended Complaint in <u>Oceano Packing Company, LLC v. California Organics, LLC, et al.</u>, Case No. 5:11-cv-00529 (the "Oceano Case").

IT IS FURTHER ORDERED THAT Defendants MANJAR, INC., CALIFORNIA FARMS INVESTORS, LLC, MICHAEL BARNES and AMERICA'S FACTORS, INC., will not be required to, but will have the option to, file responsive pleadings to OCEANO's Second Amended Complaint. In the event that MANJAR, INC., CALIFORNIA FARMS INVESTORS, LLC, MICHAEL BARNES and AMERICA'S FACTORS, INC. do not file a responsive pleading to the Second Amended Complaint within 21 days of filing and service of the Second Amended Complaint, then their answers to the original complaint and/or First Amended Complaint already on file in the Oceano Case will be deemed responsive to the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated:   September 30, 2011

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge

\\Lawserver\company\OCA\California Organics\Pleadings\Complaint\Second Amended Complaint\Proposed Order re Stip re SAC.wpd

---