1  Effie F. Anastassiou, Esq. (SBN 96279)
   Karli R. Jungwirth, Esq. (SBN 227956)
2  ANASTASSIOU & ASSOCIATES
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California 93902
4  Telephone: (831) 754-2501
   Facsimile: (831) 754-0621
5
   Attorneys for Plaintiff, OCEANO PACKING COMPANY, LLC
6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10 OCEANO PACKING COMPANY, LLC, a          )   **Case No. 5:11-cv-00529-LHK**
   California limited liability company;   )
11                                         )   **[PROPOSED] ORDER ON STIPULATION
                                           )   ALLOWING PLAINTIFF OCEANO
12         Plaintiff,                      )   PACKING COMPANY, LLC TO FILE A
                                           )   SECOND AMENDED COMPLAINT**
13 v.                                      )
                                           )
14 CALIFORNIA ORGANICS, LLC, a California  )
   Limited Liability Company; GEOFF MOUSSEAU, )  **HON. LUCY H. KOH**
15 an Individual; MICHAEL BARNES, an Individual; )
   DAN FANTZ, an Individual; CALIFORNIA    )
16 FARMS, INC., a California Corporation;  )
   MANJAR, INC., a California Corporation; )
17 CALIFORNIA FARMS INVESTORS, LLC, a      )
   Delaware Limited Liability Company; and )
18 AMERICA'S FACTORS, INC., a California   )
   Corporation;                            )
19                                         )
           Defendants.                     )
20 _____ )

21

22

23

24

25

26

27

28

---

Oceano Packing Co., LLC v. California Organics, LLC, et al.          Order on Stipulation re Second Amended Complaint
Case Number: 5:11-cv-00529-LHK                            1

1  PURSUANT TO STIPULATION, IT IS SO ORDERED THAT Plaintiff OCEANO PACKING COMPANY, LLC ("OCEANO") is hereby granted leave to file its Second Amended Complaint in <u>Oceano Packing Company, LLC v. California Organics, LLC, et al.</u>, Case No. 5:11-cv-00529 (the "Oceano Case").

IT IS FURTHER ORDERED THAT Defendants MANJAR, INC., CALIFORNIA FARMS INVESTORS, LLC, MICHAEL BARNES and AMERICA'S FACTORS, INC., will not be required to, but will have the option to, file responsive pleadings to OCEANO's Second Amended Complaint. In the event that MANJAR, INC., CALIFORNIA FARMS INVESTORS, LLC, MICHAEL BARNES and AMERICA'S FACTORS, INC. do not file a responsive pleading to the Second Amended Complaint within 21 days of filing and service of the Second Amended Complaint, then their answers to the original complaint and/or First Amended Complaint already on file in the Oceano Case will be deemed responsive to the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: September 30, 2011

*/s/ Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge

\\Lawserver\company\OCA\California Organics\Pleadings\Complaint\Second Amended Complaint\Proposed Order re Stip re SAC.wpd